

**NUMBER 13-15-00349-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

MARCOS LUCIO D/B/A
LIGHTHOUSE CREDIT
SOLUTIONS,                                                                              Appellant,

v.

STATE OF TEXAS,                                                                       Appellee.

---

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

---

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Order Per Curiam

This cause is before the Court on appellant's opposed motion for additional time to obtain adequate legal representation. On October 28, 2015, this Court granted appellant counsel's motion to withdraw. Appellant is requesting until December 9, 2015,

to obtain legal representation.

Accordingly, the appeal is abated to provide appellant with the opportunity to seek new counsel. This appeal is ordered ABATED until December 9, 2015, or upon further order of this Court.

Appellant is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, email address, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

It is so ORDERED.

PER CURIAM

Delivered and filed this the
23rd day of November, 2015.

2